WILDE HANSEN, LLP
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
David E. Bruggenwirth, Esq.
Nevada Bar no. 9770
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
07-70538 / 0190953208

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-07-12597-bam |
| Lee F. Levy and Roni Ann Levy | Date: 7/8/08<br>Time: 1:30pm |
| Debtors. | Chapter 13 |

**CERTIFICATE OF SERVICE OF NOTICE AND
MOTION FOR RELIEF FROM AUTOMATIC STAY**

1. On __6/12/08__ I served the following documents(s):

NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

X   a. ECF System

David Krieger
davkrieg@hainesandkrieger.com
Attorney for Debtors

Rick A. Yarnall
ecfmail@lasvegas13.com
Trustee

X  **b. United States mail, postage fully prepaid:**

David Krieger
1020 Garces, Suite 100
Las Vegas, NV 89101
Attorney for Debtors

Lee F. Levy and Roni Ann Levy
97 Ancient Hills Lane
Henderson, NV 89074
Debtors

Countrywide Home Loans, Inc.
Attn: Managing Agent
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076

Countrywide
Attn: Managing Agent
450 American St
Simi Valley, CA 93065

Wells Fargo
Attn: Managing Agent
3476 Stateview Blvd
Fort Mill, SC 29715
Certified Mailing: 7008 0150 0000 8406 7529

IRS
Attention: Managing Agent
110 City Parkway, MS 5028
Las Vegas, NV 89106

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _____6/12/08_____

_____*Jmm*_____